**Thomas DAVIS, Appellant**

v.

**The DEPARTMENT OF CORREC-TIONS RECORD SUPERVISOR Brenda Goodall S.C.I. Mercer, Appellees.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is AFFIRMED.